| Type | Number | Owner | Location on Device |
|---|---|---|---|
| | | Unidentified | Apple Keychain |
| | | Tracy Kintola | Apple Keychain |
| | | Steve G. Pratska | Apple Keychain |
| AmEx | | Sylvester Woosley/Alma Woosley | Photos |
| AmEx | | Travis Pich | Photos |
| Visa | | Wyatt Kenner; Travis Pich | Photos |
| AmEx | | Justin Melton | Photos |
| Visa Prepaid | | Antonio Strong | Photos |
| Visa Prepaid | | Tyrone Jackson | Photos |
| Visa Prepaid | | Abigal B. Brannan | Photos |
| Visa | | Martin E. Gudines | Photos |
| EDD Visa | | Naikai Walker | Photos |
| EDD Visa | | Jimmie Buckner | Photos |
| EDD Visa | | Travis Huffnan | Photos |
| MasterCard Prepaid | | Roy L. Nicholson | Photos |
| Visa | | Martin Gudines | Photos |
| Visa | | Martin Gudines | Photos |
| Visa | | Martin Gudines | Photos |
| MasterCard | | Martin Gudines | Photos |
| AmEx | | Martin Gudines | Photos |
| Visa | | Martin Gudines | Photos |
| AmEx | | Martin Gudines | Photos |
| MasterCard | | Martin Gudines/U Music | Photos |
| MasterCard | | Martin Gudines | Photos |
| MasterCard Prepaid | | Tamara York | Photos |
| MasterCard | | Willie Barry | Photos |
| Visa | | Eric Marshall | Photos |
| Visa | | Eric Marshall | Photos |
| AmEx | | Justin Melton/U-Music Inc | Photos |
| AmEx | | Justin Melton | Photos |
| AmEx | | Justin Melton | Photos |
| AmEx | | Justin Melton/U Music | Photos |
| Visa | | Jacori Moore | Photos |
| AmEx | | Martin Gudines/U Music | Photos |
| Visa | | Martin Gudines | Photos |
| AmEx | | Martin Gudones/UMG Travel Inc. | Photos |
| AmEx | | Martin Gudines | Photos |
| AmEx | | Martin Gudines | Photos |
| AmEx | | Travis Pich/Altour Travel Inc. | Photos |
| Visa | | Keiwon Price | Photos |
| Visa | | Keiwon Price | Photos |
| Visa | | Amber Purnell | Photos |
| Visa | | Keiwon Price/Lake Pleasant Cruises Inc. | Photos |
| Visa | | Travis Pich | Photos |
| Visa | | Travis Pich | Photos |
| Visa | | Jerell Johnson | Photos |
| AmEx | | Jacori Moore | Photos |
| Discover | | Jacori Moore | Photos |
| AmEx | | Jacori Moore | Photos |
| Visa | | Jacori Moore | Photos |
| Visa | | Jacori Moore | Photos |
| Visa | | Travis Pich/Global Travel Group | Photos |
| AmEx | | Travis Pich | Photos |
| AmEx | | Travis Pich | Photos |

| Card | [redacted] | Name | Source |
|---|---|---|---|
| Visa | | Travis Pich | Photos |
| AmEx | | Travis Pich | Photos |
| AmEx | | Travis Pich/Priority Travel Group | Photos |
| Visa | | Travis Pich | Photos |
| Visa | | Travis Pich | Photos |
| AmEx | | Travis Pich | Photos |
| Visa | | Travis Pich | Photos |
| Visa | | Jacori Moore | Photos |
| AmEx | | Justin Melton/Jetair Aviation | Photos |
| AmEx | | Justin Melton | Photos |
| Discover | | Justin Melton | Photos |
| Visa | | Justin Melton | Photos |
| US Bank Cash Rewards | | Justin Melton | Photos |
| Discover | | Justin Melton | Photos |
| AmEx | | Justin Melton | Photos |
| AmEx | | Justin Melton | Photos |
| Visa | | Justin Melton | Photos |
| AmEx | | Justin Melton | Photos |
| AmEx | | Justin Melton | Photos |
| AmEx | | Justin Melton/U Music Inc | Photos |
| Discover | | Justin Melton | Photos |
| Visa | | Justin Melton | Photos |
| Visa | | Justin Melton/U-Music Group | Photos |
| Discover | | Justin Melton | Photos |
| Discover | | Justin Melton | Photos |
| Discover | | Justin Melton | Photos |
| Visa | | Justin Melton | Photos |
| Visa | | Justin Melton | Photos |
| Visa | | ***ail J. Johnson | Photos |
| Visa | | Travis Pich | Photos |
| Visa | | Jacori Moore | Photos |
| | * | **** Strong | Photos |
| Visa | ** | Antonio Strong | Photos |
| Visa | | Nondae Hanks | Photos |
| | | Johnny Wilson | Telegram Messages |
| | | William Wallace | Telegram Messages |
| | | Christian Steiner | Telegram Messages |
| Discover | | | Sent in text messages |
| Discover | | | Sent in text messages |
| AmEx | | Justin Melton | Sent in text messages |
| AmEx | | Samir Kanuga | Sent in text messages |
| AmEx | | | Sent in text messages |
| AmEx | | Martin Gudines | Sent in text messages |
| | | Martin Gudines | Sent in text messages |
| AmEx | | Cheryl Fallon | Sent in text messages |
| | | Marissa Gudines | Sent in text messages |
| AmEx | | | Sent in text messages |
| AmEx | | Martin Gudines | Sent in text messages |
| AmEx | | Fly Victor Inc. | Sent in text messages |
| AmEx | | Fly Victor Inc. | Sent in text messages |
| AmEx | | Martin Gudines | Sent in text messages; Photos |
| Visa | | Martin Gudines | Sent in text messages |
| Discover | | Martin Gudines | Sent in text messages |
| Discover | | Martin Gudines | Sent in text messages |
| | | Justin Melton | Sent in text messages |

| | | | |
|---|---|---|---|
| AmEx | | Justin Melton | Sent in text messages |
| | | Justin Melton | Sent in text messages |
| AmEx | | Justin Melton/U Music | Sent in text messages |
| Discover | | Justin Melton | Sent in text messages |
| Discover | | Justin Melton | Sent in text messages |
| | | Justin Melton | Sent in text messages |
| AmEx | | Justin Melton/U Music | Sent in text messages |
| AmEx | | Justin Melton | Sent in text messages |
| Discover | | Justin Melton | Sent in text messages |
| Discover | | Justin Melton | Sent in text messages |
| | | Justin Melton | Sent in text messages |
| | | Jacori Moore | Sent in text messages |
| | | Jacori Moore | Sent in text messages |
| Discover | | Justin Melton | Sent in text messages |
| | | Justin Melton | Sent in text messages |
| AmEx | | | Sent in text messages |
| BoA Debit | | Travis Pich | Apple Notes |
| AmEx | | Travis Pich | Apple Notes |
| AmEx | | Travis Pich | Apple Notes |
| BoA Debit | | Travis Pich | Apple Notes |
| BoA Debit | | Travis Pich | Apple Notes |
| BoA Debit | | Travis Pich | Apple Notes |
| | | Travis Pich/Global Travel Inc. | Apple Notes |
| | | | Apple Notes |
| Discover | | Martin Gudines | Photos |
| Discover | | Martin Gudines | Photos |
| AmEx | | Justin Melton/Umusic | Photos |
| Visa | | Jacori Moore | Photos |
| Visa | | Stephen **** | Photos |
| Visa | | Logan **** | Photos |
| AmEx | | Travis Pich/Altour Travel Inc. | Photos |
| | | Jacobi Moore | Photos |
| Visa | | Martin Gudines | Photos |
| | | Travis Pich | Photos |
| Visa | | Jacori D. Moore | Photos |