Images recovered from Antonio Strong's iPhone 11 Pro Max, seized on September 12, 2020













