# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>(1)   ANTONIO STRONG, also known as "T-Glo," "Tony Glo," "Tonio," "Antonio Strom," "Michael Starkman," "Richard O'Malley," "Michael Lee," "Mark Daniels," "Sergio Parker," "Michael Leary," "Charles Gaut," "Darren Geiger," "Stan Smith," and "Tyson Kocher,"<br><br>(2)   HERBERT WRIGHT III, also known as "Herb," "Lil Herb," "G Herbo," and "Herbert Light,"<br><br>(3)   JOSEPH WILLIAMS, also known as "Joe Rodeo," Rockstar Rodie," and "Rodie,"<br><br>(4)   STEVEN HAYES, JR.,<br><br>(5)   DEMARIO SORRELLS, also known as "Jonte" and "Johntay," and<br><br>(6)   TERRENCE BENDER, also known as "Blends" and "Dopeblends,"<br><br>Defendants. | CRIM. NO. 20-30033-MGM |

### ASSENTED-TO MOTION FOR DISCOVERY PROTECTIVE ORDER

The United States of America, by Andrew E. Lelling, United States Attorney for the District of Massachusetts and Assistant United States Attorney Steven H. Breslow (the "Government"), with the assent of counsel for the defendants Antonio Strong (Timothy Watkins, Esq.), Herbert Wright III (James Lawson, Esq.), Steven Hayes, Jr. (Vikas Dhar, Esq.), Demario

1

Sorrells (Jared Olanoff, Esq.)[1] requests that the Court enter a protective order concerning the use, dissemination, and disposition of discovery in this case.

This case involves voluminous records containing confidential, personal identifying, and financial information belonging to the defendants, victims, and witnesses. The Government requests the order to permit it to provide extensive discovery to the defendants while protecting this information. *See* Fed. R. Evid. 16(d) (providing that "[a]t any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief."); MA Local Rule 116.(5)(a)(4) (directing counsel to discuss whether any protective orders addressing the disclosure or dissemination of sensitive information concerning victims, witnesses, defendants, or law enforcement sources or techniques may be appropriate.").

Respectfully submitted,

                              ANDREW E. LELLING
                              United States Attorney

By:    */s/ Steven H. Breslow*
        STEVEN H. BRESLOW
        (NY2915247)
        Assistant U.S. Attorney
        300 State Street, Suite 230
        Springfield, MA 01105
        413-785-0330
        steve.breslow@usdoj.gov

---

[1] Counsel for Joseph Williams (Michael Clancy, Esq.), and Terrence Bender (Nicole Moorman, Esq.) have each indicated that will be seeking to withdraw from the case and that their clients will be seeking appointed counsel pursuant to the Criminal Justice Act.

**Certificate of Service**

      I hereby certify that this document filed under seal will be sent by e-mail to the registered participants as identified on the Notice of Electronic Filing.

                                                By:    */s/ Steven H. Breslow*
                                                          STEVEN H. BRESLOW
                                                          Assistant U.S. Attorney

Dated:  February 4, 2021