

U.S. Department of Justice

*Andrew E. Lelling*
United States Attorney
District of Massachusetts

---

*Main Reception: (617) 748-3100*     *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

February 4, 2021

BY ECF (without enclosures)

BY E-MAIL TO:

Timothy Watkins, Esq.
Counsel to Antonio Strong
timothy_watkins@fd.org

James W. Lawson, Esq.
Counsel to Herbert Wright, III
jlawson@princelobel.com

Michael F. Clancy, Esq.
Counsel to Joseph Williams
mfclancylaw@aol.com

Vikas S. Dhar
Counsel to Steven Hayes, Jr.
vikas@dharlawllp.com

Jared Olanoff, Esq.
Counsel to Demario Sorrells
jared@olanofflaw.com

Nicole Moorman, Esq.
Counsel to Terrence Bender
nicole@moorman-law.com

Re:   *United States v. Antonio M. Strong, et al.*, 20-CR-30033-MGM

Dear Counsel:

    Pursuant to Magistrate Judge Robertson's release orders for your clients, please find enclosed no contact lists for the individual and entity witnesses and victims in this case.

If you have any questions, please do not hesitate to contact me.

        Very truly yours,

        ANDREW E. LELLING
        United States Attorney

By:   *Steven H. Breslow*
      STEVEN H. BRESLOW
      Assistant U.S. Attorney
      (413) 785-0330
      steve.breslow@usdoj.gov

Encl.