UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>(1)    ANTONIO STRONG, also known as "T-Glo," "Tony Glo," "Tonio," "Antonio Strom," "Michael Starkman," "Richard O'Malley," "Michael Lee," "Mark Daniels," "Sergio Parker," "Michael Leary," "Charles Gaut," "Darren Geiger," "Stan Smith," and "Tyson Kocher,"<br><br>(2)    HERBERT WRIGHT III, also known as "Herb," "Lil Herb," "G Herbo," and "Herbert Light,"<br><br>(3)    JOSEPH WILLIAMS, also known as "Joe Rodeo," Rockstar Rodie," and "Rodie,"<br><br>(4)    STEVEN HAYES, JR.,<br><br>(5)    DEMARIO SORRELLS, also known as "Jonte" and "Johntay," and<br><br>(6)    TERRENCE BENDER, also known as "Blends" and "Dopeblends,"<br><br>                    Defendants. | CRIM. NO. 20-30033-MGM |

**JOINTLY SUBMITTED PROPOSED ORDER FOR ENDS-OF-JUSTICE
CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through its counsel, Rachael Rollins, United States Attorney for the District of Massachusetts and Steven H. Breslow, Assistant United States Attorney (the "Government") and counsel for the defendants Antonio Strong (Timothy Watkins, Esq.), Herbert Wright III (James Lawson, Esq.), Joseph Williams (Paul Rudof, Esq.), Steven Hayes, Jr. (Joseph Hennessy, Esq.), Demario Sorrells (Jared Olanoff, Esq.) and Terrence Bender (Tracy

Duncan, Esq.) (collectively, "defendants" and "defense counsel"), jointly submit this proposed order for an ends-of-justice continuance and exclusion of Speedy Trial Act time from the most recent status conference on January 12, 2022 through and including the next scheduled interim status conference on April 12, 2022.

1.  On August 3, 2021, the Court excluded the period from December 7, 2020 until August 5, 2021 from the Speedy Trial Clock. (D.106). On August 10, 2021, the Court excluded the period from August 5, 2021 to September 8, 2021 from the Speedy Trial Clock. (D.111). On September 15, 2021, the Court excluded the period from September 8, 2021 to November 19, 2021 from the Speedy Trial Clock. (D.121). On January 12, 2022, the Court excluded the period from November 19, 2021 to January 12, 2022. (D.149). On April xx, the Government and defense counsel jointly submitted a proposed order excluding the period from January 12, 2022 to April 12, 2022 from the Speedy Trial Clock. (D.153).

2.  At the most recent status conference on April 12, 2022, the parties agreed to request a continuance for the period from April 12, 2022 to the date of the next scheduled status conference on April 12, 2022, and stated that this period should be excluded pursuant to Local Rule 112.2 and 18 U.S.C. § 3161(h)(7)(A), to permit the defense to (a) review the voluminous discovery already provided as well as discovery that the Government intends to provide; (b) investigate the evidence and possible defenses; (c) develop its own discovery; (d) evaluate the need for, and to prepare, discovery requests and/or pre-trial motions; and (e) engage in plea negotiations with the Government, all of which provide the basis for the Court to find that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, and the Court agreed and asked the Government to file a proposed order. (D.155).

3.  As of June 27, 2022 (assuming the entry of the proposed order in D.153 and of the

instant proposed order), zero days will have run on the Speedy Trial Clock.

  4.  The proposed order is attached.

                  Respectfully submitted,

                  RACHAEL ROLLINS
                  United States Attorney

By:  */s/ Steven H. Breslow*
    STEVEN H. BRESLOW
    (NY2915247)
    Assistant U.S. Attorney
    300 State Street, Suite 230
    Springfield, MA 01105
    413-785-0330
    steve.breslow@usdoj.gov

*Timothy Watkins, Esq.*
TIMOTHY WATKINS, ESQ.
Counsel for Antonio Strong

*James Lawson, Esq.*
JAMES LAWSON, ESQ.
Counsel for Herbert Wright III

*Paul Rudof, Esq.*
PAUL RUDOF, ESQ.
Counsel for Joseph Williams

*Joseph Hennessy, Esq.*
JOSEPH HENNESSY, ESQ.
Counsel for Steven Hayes, Jr.

*Jared Olanoff, Esq.*
JARED OLANOFF, ESQ.
Counsel for Demario Sorrells

*Tracy Duncan, Esq.*
TRACY DUNCAN, ESQ.
Counsel for Terrence Bender

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

By:    <u>/s/ Steven H. Breslow</u>
STEVEN H. BRESLOW
Assistant U.S. Attorney

Dated: April 13, 2022

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>(1)    ANTONIO STRONG, also known as "T-Glo," "Tony Glo," "Tonio," "Antonio Strom," "Michael Starkman," "Richard O'Malley," "Michael Lee," "Mark Daniels," "Sergio Parker," "Michael Leary," "Charles Gaut," "Darren Geiger," "Stan Smith," and "Tyson Kocher,"<br><br>(2)    HERBERT WRIGHT III, also known as "Herb," "Lil Herb," "G Herbo," and "Herbert Light,"<br><br>(3)    JOSEPH WILLIAMS, also known as "Joe Rodeo," Rockstar Rodie," and "Rodie,"<br><br>(4)    STEVEN HAYES, JR.,<br><br>(5)    DEMARIO SORRELLS, also known as "Jonte" and "Johntay," and<br><br>(6)    TERRENCE BENDER, also known as "Blends" and "Dopeblends,"<br><br>            Defendants. | CRIM. NO. 20-30033-MGM |

**<u>JOINTLY SUBMITTED PROPOSED ORDER FOR ENDS-OF-JUSTICE ORDER OF</u>**

**<u>CONTINUANCE AND EXCLUDABLE DELAY</u>**

HONORABLE KATHERINE A. ROBERTSON, U.S.M.J.

      Upon consideration of the parties' joint request for an order of continuance and excludable delay, the Court finds as follows:

      1.    On August 3, 2021, the Court excluded the period from December 7, 2020 until

5

August 5, 2021 from the Speedy Trial Clock. (D.106). On August 10, 2021, the Court excluded the period from August 5, 2021 to September 8, 2021 from the Speedy Trial Clock. (D.111). On September 15, 2021, the Court excluded the period from September 8, 2021 to November 19, 2021 from the Speedy Trial Clock. (D.121). On January 12, 2022, the Court excluded the period from November 19, 2021 to January 12, 2022. (D.149).

      2.      At the most recent status conference on January 12, 2022, the parties agreed to request a continuance for the period from January 12, 2022 to the date of the next scheduled status conference on April 12, 2022, and stated that this period should be excluded pursuant to Local Rule 112.2and 18 U.S.C. § 3161(h)(7)(A), to permit the defense to (a) review the voluminous discovery; (b) investigate the evidence and possible defenses; (c) develop its own discovery; (d) evaluate the need for, and to prepare, discovery requests and/or pre-trial motions; and (e) engage in plea negotiations with the Government, all of which provide the basis for the Court to find that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, and the Court agreed and asked the Government to file a proposed order. (D.139).

Accordingly, the Court hereby **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases*, the time within which the trial of the offenses charged in the indictment must commence is continued from January 12, 2022 through and including April 12, 2022, and this time period is excluded from the speedy trial clock because the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

                                              KATHERINE A. ROBERTSON
                                              UNITED STATES MAGISTRATE JUDGE

Dated: April___, 2022